

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00119-CR

**MAXEY KENNETH LOVELL,**

                             **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                             **Appellee**

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 14-02819-CRF-272**

## O R D E R

The appellant's brief is overdue in this appeal.

This appeal is abated to the trial court to conduct any necessary hearings within 21 days from the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 28 days of the date of this Order. *See id.*

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal abated
Order issued and filed July 9, 2015

